Núm. 7639.—Olivieri, aplada. v. Torres et als., apltes.—C. D. San Juan. ▮▮▮▮▮▮▮▮▮▮ Mayo 4, 1938.

Núm. 7593.—Ex parte Torres, peticionario.—▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Junio 7, 1938.

Llamado hoy este caso para celebración de la audiencia acordada en abril 30, 1938, no comparecieron las partes y habiendo informado

el Secretario-Repórter que éstas fueron citadas y que tampoco han comparecido por escrito, se desestima por abandono el recurso establecido contra resolución dictada en agosto 16, 1937, por el Hon. Adolph G. Wolf, Juez Asociado de este Tribunal, actuando como Juez de Turno en período de vacaciones del Tribunal Supremo.

El Juez Asociado Sr. Wolf no intervino.